UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD V. FAASEN,

    Plaintiff,                                                                                Case No: 1:09-cv-294

v                                                                                      HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objection (Dkt 19) is DENIED, and the Report and Recommendation of the Magistrate Judge (Dkt 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Corrected Motion for Attorney Fees (Dkt 16) is GRANTED IN PART and DENIED IN PART; Plaintiff is awarded $2,656.25 in fees ($125 multiplied by 21.25 hours).

Dated: May 7, 2010                                                  /s/ Janet T. Neff
                                                                        JANET T. NEFF
                                                                        United States District Judge